## SLAZYK v. NOWAK.

[No. 11,946.   Filed November 6, 1924.   Rehearing denied February 2, 1925.]

From Lake Superior Court; *Charles E. Greenwald,* Judge.

Action between Anton Slazyk and Sebastian Nowak.   From the judgment rendered, the former appeals.   *Affirmed.*

*D. P. Sevald* and *Fred Barnett,* for appellant.
*Spychalski & Wiltrout,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## MILLER v. ZINDEL ET AL.

[No. 11,976.   Filed November 7, 1924.   Rehearing denied February 19, 1925.]

From Marion Superior Court (A 20,303); *Theophilus J. Moll,* Judge.

Action between Albert Miller and Otto Zindel and others.   From the judgment rendered, the former appeals.   *Affirmed.*

*Clyde H. Jones* and *D. M. Patrick,* for appellant.
*L. Russell Newgent,* for appellees.

PER CURIAM.—Judgment affirmed.

---

## BERKEY ET AL. v. SIGERFOOS, TRUSTEE.

[No. 12,034.   Filed March 17, 1925.]

From Elkhart Superior Court; *William B. Hile,* Judge.

Action between Val Chester Berkey and others and William J. Sigerfoos, Trustee.   From the judgment rendered, the former appeals.   *Affirmed.*

*James L. Harman* and *Oscar Jay,* for appellants.
*Church & Chester,* for appellee.

PER CURIAM.—Affirmed on authority of *Stutesman* v. *Sigerfoos, Trustee* (1925), *ante* 600, 145 N. E. 507,